UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 12-73-JL |
| | ) |
| Land and Buildings Located at 40 General Miller Highway, Temple, New Hampshire, with all Appurtenances and Improvements thereon, owned by Scott R. Allen and Susan Ray; | ) ) ) ) |
| | ) |
| Defendant *in rem*. | ) |

### ORDER APPOINTING AN ATTORNEY FOR LEGAL SERVICES CORPORATION TO REPRESENT SUSAN RAY

Motion to appoint counsel is granted. Pursuant to 18 U.S.C. § 983(b)(2)(A), the Legal Services Corporation is appointed to represent the potential claimant. Plaintiff is ordered to serve a copy of this order on the Legal Services Corporation, which is ordered to appear and represent claimant. Until that appearance, the case is stayed.

Payment to counsel shall be made at CJA rates. At the conclusion of this case, court appointed counsel shall submit a motion for approval of attorney fees along with the Legal Services payment voucher. The Legal Services payment voucher may be filed under seal. Court appointed counsel shall, however, provide a copy of the Legal Services payment voucher to counsel for the United States when he seeks concurrence for his motion for attorney's fees.

When the court issues an order for fees, the United States Attorney's Office will submit the order for payment to the appropriate fund.

Dated: 1/29/13

_____
UNITED STATES DISTRICT JUDGE