UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

v.                                                                                          Docket No. 12-cv-073-JL

<u>Temple, NH, 40 General Miller Hwy</u>

ORDER

Upon application of Susan Ray, and finding that under 18 U.S.C. § 983(b)(2)(A) the applicant is financially unable to obtain representation by counsel in this case regarding real property subject to forfeiture that is being used by the applicant as a primary residence, and on consent of the Legal Services corporation that Lawrence A. Vogelman, Esq. may provide representation to the applicant on her behalf, it is

ORDERED that pursuant to 18 U.S.C. §983, the Legal Services Corporation (LSC) shall provide counsel to the applicant and that Lawrence A. Vogelman, Esq. shall be such counsel.

Furthermore, it is hereby ordered that any judgment for fees and costs for LSC pursuant to 18 U.S.C. §983(b)(2)(B) shall be awarded to Attorney Lawrence A. Vogelman, Esq. or the Legal Services Corporation subject to the submission of appropriate statements of such fees and costs and the consent of the Legal Services Corporation.

Attorney Lawernce A. Vogelman, Esq. shall promptly file an appearance in this matter on behalf of Susan Ray.

SO ORDERED

_____
Joseph N. Laplante
United States Chief Judge

Dated: April 17, 2013